FILED
February 7, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:          MR
                Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>BRANDON HICKS<br><br>Defendants | Case No: SA:24-CR-00051-FB<br><br>**INDICTMENT**<br><br>**COUNT 1: 21 USC §841(a)(1) and (b)(1)(C), Possession with intent to distribute Fentanyl**<br><br>**COUNT 2: 21 USC §841(a)(1) and (b)(1)(C), Possession with intent to distribute Fentanyl**<br><br>**COUNT 3: 21 USC §841(a)(1) and (b)(1)(C), Possession with intent to distribute Fentanyl** |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §841(a)(1) and (b)(1)(C)]

On or about August 17, 2023, in the Western District of Texas, Defendant,

**BRANDON HICKS**

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Fentanyl, (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

<u>COUNT TWO</u>
[21 U.S.C. §841(a)(1) and (b)(1)(C)]

On or about August 27, 2022, in the Western District of Texas, Defendant,

1

**BRANDON HICKS**

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Fentanyl, (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

**COUNT THREE**
**[21 U.S.C. §841(a)(1) and (b)(1)(C)]**

On or about August 21, 2022, in the Western District of Texas, Defendant,

**BRANDON HICKS**

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of Fentanyl, (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: 
FOR AMY MARIE HAIL
Assistant United States Attorney